NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE CLARK,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-5116
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Willie Lee Clark, pro se.


PER CURIAM.


            Affirmed.  See McDonald v. State, 957 So. 2d 605 (Fla. 2007); Knight v.

State, 808 So. 2d 210 (Fla. 2002); Burdick v. State, 594 So. 2d 267 (Fla. 1992).



MORRIS, SLEET, and ATKINSON, JJ., Concur.